Mary McNamara, SBN 147131
mmcnamara@swansonmcnamara.com
Britt Evangelist, SBN 260457
bevangelist@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for EVERARDO LAURIAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-00252 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL** |
| v. | |
| EVERARDO LAURIAN, | |
| Defendant. | |

## STIPULATION

Defendant Everardo Laurian, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Thomas Newman, hereby stipulate and agree as follows:

1)      On November 10, 2015, Magistrate Judge Kandis Westomore granted Mr. Laurian pretrial release on a $50,000 unsecured bond.  Mr. Laurian's conditions of release include the condition that he not travel outside of the Northern District of California.

2)      Mr. Laurian is requesting permission to travel to Southern California during the New Year holiday to visit family and go to Disneyland.  Mr. Laurian will be traveling from

1   December 31, 2015 through January 2, 2016.  Mr. Laurian will provide his travel itinerary and

2   the name and address of the person with whom he will be staying in Southern California to his

3   pretrial services officer before his departure.

4         3)     The parties hereby stipulate that the conditions of Mr. Laurian's release be

5   modified to permit him to travel to Southern California from December 31, 2015 through

6   January 2, 2016.

7         4)     Pretrial Service Denise Mancia has no objection to the proposed modification.

9   **IT IS SO STIPULATED.**

11  DATED:     December 22, 2015          _____/s/_____

12                          THOMAS NEWMAN
    Assistant United States Attorney

14                          _____/s/_____

15                          MARY McNAMARA
16                          Swanson & McNamara LLP
    Attorneys for EVERARDO LAURIAN

18  **ORDER**

19  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

23  DATED:  12/29/15                    _____

24                          HON. KANDIS WESTMORE
25                          United States Magistrate Judge