Mary McNamara, SBN 147131
mmcnamara@swansonmcnamara.com
Britt Evangelist, SBN 260457
bevangelist@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for EVERARDO LAURIAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>EVERARDO LAURIAN,<br><br>          Defendant. | CASE NO. CR 15-00252 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE REGARDING TRAVEL** |

**STIPULATION**

Defendant Everardo Laurian, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Thomas Newman, hereby stipulate and agree as follows:

1)   On November 10, 2015, Magistrate Judge Kandis Westomore granted Mr. Laurian pretrial release on a $50,000 unsecured bond. Mr. Laurian's conditions of release include the condition that he not travel outside of the Northern District of California.

1

2)      Between December 31, 2015 and January 2, 2016, with the prior approval of Pretrial Services and the Court, Mr. Laurian traveled to Southern California to visit family and go to Disneyland.  This travel occurred without incident.

3)      Mr. Laurian anticipates making other trips to Southern California to see family and/or visit Disneyland in the coming months as well.

4)      The parties hereby stipulate and agree that the conditions of Mr. Laurian's release be modified to permit him to travel throughout California with the prior approval of his Pretrial Services officer.

5)      Pretrial Service Denise Mancia has no objection to the proposed modification.

**IT IS SO STIPULATED.**

DATED:      February 05, 2016                       /s/
THOMAS NEWMAN
Assistant United States Attorney


                                                                          /s/
MARY McNAMARA
Swanson & McNamara LLP
Attorneys for EVERARDO LAURIAN

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 2/9/16                                         /s/ Kandis Westmore
HON. KANDIS WESTMORE
United States Magistrate Judge