Mary McNamara, SBN 147131
mmcnamara@swansonmcnamara.com
Britt Evangelist, SBN 260457
bevangelist@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for EVERARDO LAURIAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>EVERARDO LAURIAN,<br><br>            Defendant. | CASE NO. CR 15-00252 JSW<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER PERMITTING TRAVEL** |

## STIPULATION

Defendant Everardo Laurian, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Thomas Newman, hereby stipulate and agree as follows:

1)     On November 10, 2015, Magistrate Judge Kandis Westmore granted Mr. Laurian pretrial release on a $50,000 unsecured bond.

2)     On February 9, 2016, Magistrate Judge Westmore modified Mr. Laurian's conditions of release to permit travel throughout California with the prior approval of his Pretrial Services officer.

3) Mr. Laurian is requesting permission to travel to Mississippi from Thursday, July 14, 2016 through July 19, 2016, to attend a family gathering. Mr. Laurian will provide his travel itinerary to his pretrial services officer before his departure.

4) The parties hereby stipulate that the conditions of Mr. Laurian's release be modified to permit him to travel to Mississippi from July 14, 2016 through July 19, 2016.

5) Pretrial Service Denise Mancia has no objection to the proposed modification.

**IT IS SO STIPULATED.**

DATED:   July 5, 2016                         /s/
                                              THOMAS NEWMAN
                                              Assistant United States Attorney


                                              /s/
                                              MARY McNAMARA
                                              Swanson & McNamara LLP
                                              Attorneys for EVERARDO LAURIAN


**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


DATED:  7/6/16                                _____
                                              HON. KANDIS WESTMORE
                                              United States Magistrate Judge