Mary McNamara, SBN 147131
mmcnamara@swansonmcnamara.com
Britt Evangelist, SBN 260457
bevangelist@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for EVERARDO LAURIAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>EVERARDO LAURIAN,<br><br>   Defendant. | CASE NO. CR 15-00252 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY RETURN OF PASSPORT** |

**STIPULATION**

   Defendant Everardo Laurian, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Thomas Newman, hereby stipulate and agree as follows:

   1)   On November 10, 2015, Magistrate Judge Kandis Westmore granted Mr. Laurian pretrial release on a $50,000 unsecured bond.

   2)   As part of his conditions of release, Mr. Laurian surrendered his passport to Pretrial Services.

1

3)     On March 7, 2017, Magistrate Judge Westmore granted Mr. Laurian's stipulated request to travel to Las Vegas, Nevada from March 27th through March 30th for work-related purposes.

4)     On the weekend of March 18, 2017, Mr. Laurian's wallet, which contained his California Driver's License, was stolen.  Mr. Laurian does not have another form of picture identification that will allow him to board his airplane flights for his upcoming work-related trip.

5)     Therefore, the parties hereby stipulate and agree to a modification of Mr. Laurian's conditions of release that allows Pretrial Services to temporarily return Mr. Laurian's passport to him so that he may use it during his upcoming trip to Las Vegas.  Mr. Laurian will surrender his passport back to Pretrial Services within 48 hours of returning from his trip.

6)      Mr. Laurian will arrange for the pickup and return of his passport with Pretrial Services.

7)     Pretrial Service Denise Mancia has no objection to the proposed modification.

**IT IS SO STIPULATED.**

DATED:     March 20, 2017                     _____/s/\_ _____
                                              THOMAS NEWMAN
                                              Assistant United States Attorney


                                              _____/s/_____
                                              MARY McNAMARA
                                              Swanson & McNamara LLP
                                              Attorneys for EVERARDO LAURIAN

/ / /

/ / /

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 3/20/17

_____
HON. KANDIS WESTMORE
United States Magistrate Judge