Mary McNamara, SBN 147131
mmcnamara@swansonmcnamara.com
Britt Evangelist, SBN 260457
bevangelist@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for EVERARDO LAURIAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-00252 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL** |
| v. | |
| EVERARDO LAURIAN, | |
| Defendant. | |

## STIPULATION

Defendant Everardo Laurian, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Thomas Newman, hereby stipulate and agree as follows:

1) On November 10, 2015, Magistrate Judge Kandis Westmore granted Mr. Laurian pretrial release on a $50,000 unsecured bond.

2) On February 9, 2016, Magistrate Judge Westmore modified Mr. Laurian's conditions of release to permit travel throughout California with the prior approval of his Pretrial Services officer.

3) Mr. Laurian is requesting permission to travel to Miami, Florida from Wednesday, August 16, 2017, through Monday, August 21, 2017, for vacation.

4) Mr. Laurian will provide his travel itinerary to his pretrial services officer before his departure.

5) The parties hereby stipulate that the conditions of Mr. Laurian's release be modified to permit him to travel to Miami, Florida from August 16, 2017 through August 21, 2017.

6) Pretrial Service Denise Mancia has no objection to the proposed modification.

**IT IS SO STIPULATED.**

DATED: July 27, 2017

_____/s/_____
THOMAS NEWMAN
Assistant United States Attorney

_____/s/_____
MARY McNAMARA
Swanson & McNamara LLP
Attorneys for EVERARDO LAURIAN

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 7/31/17

_____
HON. KANDIS WESTMORE
United States Magistrate Judge

2